1  PHILLIP A. TALBERT
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:09-MJ-00224-JDP |
12 |                   Plaintiff,     | **ORDER**                  |
13 |              v.                  |                            |
14 | ISRAEL BELTRAN-BELTRAN,          |                            |
15 |                   Defendant.     |                            |

18     Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of
19 Criminal Procedure, it is HEREBY ORDERED that the Complaint is dismissed against Israel Beltran-
20 Beltran.  Any pending warrant against the above-captioned defendant is recalled

21  Dated: October 3, 2022

                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE